NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ROBERTO CREA,**
*Plaintiff-Appellant,*

v.

**CITY OF HOPE, CITY OF HOPE NATIONAL MEDICAL CENTER, AND BECKMAN RESEARCH INSTITUTE OF THE CITY OF HOPE,**
*Defendants-Appellees,*

AND

**DOES 1 THROUGH 20,**
*Defendants.*

---

2011-1106

---

Appeal from the United States District Court for the Central District of California in case no. 08-CV-6464, Judge George H. Wu.

---

**ON MOTION**

---

**O R D E R**

Roberto Crea moves without opposition for a 22-day extension of time, until September 7, 2011, to file his reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

AUG 1 1 2011

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc: Robert J. Yorio, Esq.
    Joseph M. Lipner, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

AUG 1 1 2011

**JAN HORBALY**
**CLERK**